IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACKSON HARMON ENTERPRISES, LLC, A Nebraska Limited Liability Company;<br><br>            Plaintiff,<br><br>vs.<br><br>INSURANCE AUTO AUCTIONS, INC., An Illinois Corporation;<br><br>            Defendant. | 8:13CV3194<br><br>ORDER |

IT IS ORDERED:

1)  Defendant's motion, (Filing No. 41), and Plaintiff's motion, (Filing No. 42), are granted.

2)  On or before June 30, 2014, Midwest shall re-file its brief in opposition Motion for Protective Order, including therein citations to the relevant deposition record.

3)  On or before July 10, 2014, the defendant's shall file its reply brief in Support of its Motion for Protective Order.

June 16, 2014.

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge