IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACKSON HARMON ENTERPRISES, LLC, A Nebraska Limited Liability Company;<br><br>Plaintiff,<br><br>vs.<br><br>INSURANCE AUTO AUCTIONS, INC., An Illinois Corporation;<br><br>Defendant. | 8:13CV3194<br><br>MEMORANDUM AND ORDER |

As requested in the defendants' unopposed motion, (filing no. 52), which is hereby granted,

IT IS ORDERED that the final progression order is amended as follows:

1) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **September 26, 2014** at **10:00 a.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on September 25, 2014. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

2) A telephonic conference with the undersigned magistrate judge will be held on **August 26, 2014** at **10:00 a.m.** to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

3) The deposition deadline is August 15, 2014.

4) The deadline for filing motions to dismiss and motions for summary judgment is September 1, 2014. The parties are advised, however, that the trial and pretrial conference may be continued on the court's own motion if dispositive motions are filed.

5) All other dates within the court's prior progression order, (Filing No. 14), remain in effect.

July 1, 2014.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge