IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACKSON HARMON ENTERPRISES, LLC, A Nebraska Limited Liability Company, | ) ) ) ) | 4:13CV3194 |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| INSURANCE AUTO AUCTIONS, INC., An Illinois Corporation, | ) ) ) | |
| Defendant. | ) ) | |

IT IS ORDERED that Plaintiff's motion and amended motion for extension of time (filings 108, 109) are denied without prejudice, as moot, and Plaintiff's reply brief filed on October 31, 2014 (filing 114) is accepted by the court as having been timely filed.

DATED this 4th day of November, 2014.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge

-1-