IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACKSON HARMON ENTERPRISES, LLC, d/b/a MIDWEST TOWING, A Nebraska Limited Liability Company,<br><br>          Plaintiff,<br><br>    v.<br><br>INSURANCE AUTO AUCTIONS, INC., An Illinois Corporation,<br><br>          Defendant. | 8:13CV3194<br><br>**ORDER** |

After consideration of the defendant's unopposed Motion Regarding Confidential and Attorney's Eyes Only Information (Filing 133), which concerns information contained in the defendant's "Salvage Book" which may be used during trial of this matter,

IT IS ORDERED:

1. The defendant's Motion Regarding Confidential and Attorney's Eyes Only Information (Filing 133) is granted;

2. Any portion of the Salvage Book marked as "Attorney's Eyes Only" may not be shown, read from, or otherwise provided to any current or former owner, director, or employee of Midwest Towing while testifying;

3. Should Midwest Towing attempt to show, read from, or otherwise disclose the contents of these portions of the Salvage Book at trial, current and former

owners, directors, or employees of Midwest, as well as anyone other than the Court, counsel, and court personnel, shall be excluded from the courtroom; and

4. Any exhibit and any portion of the trial transcript where portions of the Salvage Book designated as "Attorney's Eyes Only" are disclosed shall be received and filed under restricted access and designated as "Attorney's Eyes Only."

DATED this 10th day of February, 2015.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge