IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACKSON HARMON ENTERPRISES, LLC, A Nebraska Limited Liability Company doing business as Midwest Towing,<br>　　　　　Plaintiff,<br>vs.<br>INSURANCE AUTO AUCTIONS, INC. An Illinois Corporation,<br>　　　　　Defendant. | Case No: 8:13CV3194<br><br>**ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED** |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff Exhibits 1 through 77 from Non-Jury Trial held February 10, 11, 12, 2015. Defendant Exhibits 101 through 164 from Non-Jury Trial held February 10 11, 12, 2015.

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 10th day of December, 2015.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/ Richard G. Kopf
　　　　　　　　　　　　　　　　　　Senior United States District Judge